1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  MK SALVAGE VENTURE, LLC,

9                    Plaintiff,

10            vs.                                    NO. C13-85RSL

11

12  TETRA TECH EC, INC.,                             ORDER OF DISMISSAL

13                    Defendant.

14

15        It having been reported to the Court on Tuesday, May 28, 2013 that the above cause has been

16  settled, and no final order having yet been presented, NOW, THEREFORE,

17        IT IS ORDERED that this cause be and the same is hereby DISMISSED.  This dismissal shall be

18  without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to

19  reopen this cause if the reported settlement is not consummated.

20        The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

21        DATED this 28th day of May, 2013.

22

23

24                                          _MK S Lasnik_

25                                          Robert S. Lasnik
                                            United States District Judge
26

27

28  ORDER -1